IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANDERSON JESUS URQUILLA-RAMOS,

    Petitioner,

v.    CIVIL ACTION NO. 2:26-cv-00066

DONALD J. TRUMP, et al.,

    Respondents.

**ORDER**

On February 2, 2026, the Respondents filed a notice that the Petitioner was removed from the district the day before Respondents were served with a copy of the Petition and Order to Show Cause. [ECF No. 8]. A show cause hearing on the Petition is currently scheduled for Thursday, February 5, 2026 at 1:30 p.m.

Petitioner's transfer out of the district likely deprives the court of jurisdiction. Therefore, the court **ORDERS** the parties to file a brief in response to this order or otherwise notify the court of their position on the issue by **4:00 p.m. today, February 2, 2026.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel and any unrepresented party.

ENTER:    February 2, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE