IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANDERSON JESUS URQUILLA-RAMOS,

        Petitioner,

v.                              CIVIL ACTION NO. 2:26-cv-00066

DONALD J. TRUMP, et al.,

        Respondents.

**ORDER**

In response to the court's February 2, 2026 order, the Federal Respondents assert that the court cannot transfer the case. [ECF No. 17]. Instead, the Federal Respondents contend that the court may "retain jurisdiction or dismiss the petition without prejudice and permit the Petitioner to re-file in the jurisdiction in which he is currently detained." *Id.*

The Federal Respondents are **DIRECTED** to respond, stating (1) the basis on which the court can dismiss the petition and (2) the basis on which the court cannot transfer the case. Petitioners may file any response to the court's order as well. All responses must be filed no later than **February 4, 2026, at 12:00 p.m.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel and any unrepresented party.

                ENTER:     February 3, 2026

                                      JOSEPH R. GOODWIN
                                      UNITED STATES DISTRICT JUDGE