# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

ANDERSON JESUS URQUILLA-RAMOS,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.  2:26-cv-00066

DONALD J. TRUMP, et al.,

    Respondents.

### ORDER

    Pending before the court is Petitioner counsel Omar Baloch's motion to appear remotely at the February 19, 2026, hearing. [ECF No. 24]. Counsel has a hearing in the United States Immigration Court on February 18, 2026, and another hearing with the United States Citizenship and Immigration Services (USCIS) on February 19, 2026, at 12:30 p.m. For good cause shown, the motion, **[ECF No. 24],** is **GRANTED**.

    Counsel Omar Baloch may appear remotely on Microsoft Teams through a video conference link provided by the Courtroom Deputy via e-mail on the day of the hearing. Counsel, however, should have had the opportunity to speak with his client about the circumstances of Petitioner's case, including his arrest and continued detention. Counsel should be prepared to discuss those circumstances.

    The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

ENTER:　　February 17, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE