IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANDERSON JESUS URQUILLA-RAMOS,

        Petitioner,

v.                             CIVIL ACTION NO.  2:26-cv-00066

DONALD J. TRUMP, et al.,

        Respondents.

**JUDGMENT ORDER**

The court **ORDERS** that judgment be entered in accordance with the Memorandum Opinion and Order entered in the above-styled matter and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:       February 19, 2026

                                              _____
                                              JOSEPH R. GOODWIN
                                              UNITED STATES DISTRICT JUDGE